

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-14-00376-CV

## IN RE KAREN G. BAUNCHAND

---

## Original Proceeding

---

## ORDER

---

Real party in interest, the Honorable Joe F. Grubbs, has filed in this mandamus proceeding a "Motion for Leave to Set Attached Motion to Defer Sanctions Portion of Order for Hearing in the District Court." At this time, the Court will not rule on the real party in interest's motion but instead, issues the following Order.

The stay issued in this proceeding on December 18, 2014 is lifted in part, as explained below, with regard to any matter in trial court case number 87,767D. The Court expressly authorizes the trial court to rule on any and all motions, whether currently pending or subsequently filed, and to reconsider any prior ruling of the trial court over which it retains jurisdiction; including whether, sanctions, if any, are appropriate and

whether records, if any, should be sealed. However, the trial court may not treat any sanctions as having been violated or not complied with by the relator, Karen G. Baunchand, until further order of this Court.


PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Stay lifted in part
Order issued and filed March 26, 2015

